IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY C. BRASWELL                                                              PLAINTIFF

vs.                                    Civil No. 1:10-cv-01044

ERGON, INC. et al.                                                             DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed September 16, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Defendants' Motion to Dismiss as to Ergon, Inc. and Lion Oil Company be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Motion to Dismiss Defendants Ergon, Inc. and Lion Oil Company is hereby **GRANTED,** and Defendants Ergon, Inc. and Lion Oil Company are hereby dismissed from this case without prejudice.

**IT IS SO ORDERED**, this 5thday of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge